# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-08-1715-R                  **DATE: DEC. 17, 2008**

**TITLE: TERRY CARTER et al -V- LINDA STIFF et al**

================================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                  <u>N/A</u>
**Deputy Clerk**                  **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                  Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON JANUARY 5, 2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE A PROOF OF SERVICE OF SUMMONS AND 1ST AMENDED COMPLAINT ON DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                  **Initials of Deputy Clerk** __WH___
**CIVIL - GEN**                  **D-M**